# UNITED STATES DISTRICT COURT
for the
Eastern District of California



FILED
JUN 07 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Jose TOSCANO-Ruelas<br>aka Jose TOSCANO<br><br>Defendant(s) | Case No.<br>1:19MJ00123 SAB |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 13, 2019__ in the county of __Tulare__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g)(1) | Knowing possession of a firearm that has traveled in or affected interstate or foreign commerce by person knowing that he has previously been convicted of a crime punishable by imprisonment for a term exceeding one year |

PENALTIES:
10 years and/or $250,000 fine;
3 years supervised release;
$100 special assessment

This criminal complaint is based on these facts:

See attached Affidavit of Deportation Officer Omar R. Alonzo, incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature
Omar R. Alonzo, Deportation Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: 6/6/19

_____
Judge's Signature
Stanley A. Boone, U.S. Magistrate Judge
Printed name and title

City and state: Fresno, California

# AFFIDAVIT

I, Omar R. Alonzo, Deportation Officer, Immigration and Customs Enforcement, having been duly sworn, hereby state as follows:

## I. BACKGROUND

1. I am a Deportation Officer (DO) with Immigration and Customs Enforcement (ICE), United States Department of Homeland Security, and I have been so employed since July 22, 2017. I am currently assigned to the San Francisco Field Office, Fresno Sub Office. Prior to my employment as a DO, I was employed as a full-time, sworn federal agent with U.S. Border Patrol (USBP) from August 29, 2008, having graduated from the USBP Basic Border Patrol Training Academy located in Artesia, New Mexico. The Academy curriculum covers specialized training in the Immigration and Naturalization Act (INA), criminal law, and statutory authority, as well as cross-training in Title 21 United States Code, and cross-training in Title 19 United States Code, Customs law violations. I have been trained in investigating various violations of Federal Law, including drug smuggling, alien smuggling, weapons smuggling, and bulk currency smuggling. I have worked with other agents with extensive experience in these investigations as well.

2. While employed with the USBP I was assigned to the Smuggling Interdiction Group (SIG). SIG was tasked with the responsibility of investigating, arresting, and prosecuting drug trafficking and alien smuggling organizations that utilize the Southern and Central Districts of California as an operational corridor. SIG was also tasked with investigating assaults on federal officers, identity thefts related to alienage, immigration violators, and other federal offenses. SIG agents deployed in plainclothes attire and drove unmarked Border Patrol vehicles. As an SIG agent I also conducted highway interdiction operations to intercept narcotics from being further smuggled into the United States.

3. I was a cross-sworn Task Force Officer with the Department of Justice, Drug Enforcement Administration (DEA). As a Task Force Officer with the DEA, I participated in criminal investigations involving Drug Trafficking Organizations (DTO).

4. During the course of my employment with DHS and as a DEA TFO, I have investigated, and assisted in the investigation of criminal violations relating to firearms and/or narcotics, including

AFFIDAVIT IN SUPPORT OF COMPLAINT                1

Title 18 U.S.C. Section 922(a)(1)(A) - dealing firearms without a license; Title 18 U.S.C. Section 922(g)(1) – felon in possession of a firearm; Title 18 U.S.C. Section 922(g)(5) – illegal alien in possession of a firearm; and Title 21 U.S.C. Section 841(a)(1) - possession with intent to manufacture, distribute, or dispense a controlled substance. During these investigations, I have participated in and utilized the following investigative tools: conducting physical surveillance; interviewing suspects; writing affidavits for and executing arrest warrants; analyzing phone records obtained from pen registers, trap and trace devices, and physical devices; and collecting and processing evidence; and provided sworn testimony in federal and state court. In preparing this affidavit, I have conferred with other agents and law enforcement personnel who are experienced in the area of criminal investigations, and the opinions stated below are shared by them. The information contained in this affidavit is based on my own investigation as well as oral and written reports by other law enforcement officers.

## II. STATEMENT OF PROBABLE CAUSE

5. Title 18 U.S.C. Section 922(g)(1) criminalizes knowing possession of a firearm that has traveled in or affected interstate or foreign commerce by person knowing that he has previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

6. This affidavit is in support of a complaint charging Jose TOSCANO-Ruelas ("TOSCANO") with a violation of Title 18 U.S.C. Section 922(g)(1), being a convicted felon who was illegally in possession of a firearm that has traveled in or affected interstate or foreign commerce. The information set forth in this affidavit is not intended to detail each and every fact or circumstance of the investigation or all information known to me and other law enforcement investigators. Rather, this affidavit serves only to establish probable cause for the arrest of TOSCANO.

7. The information in this affidavit is based on my personal knowledge, my conversations with those directly involved in this investigation, and my review of police reports from this case.

8. According to police reports, on May 13, 2019, Tulare County Sheriff Deputy Detective William MacElvaine served a search warrant, which he authored, on a residence located at 24000 Avenue 88, in Terra Bella, California, subsequent to the discovery of illegal cannabis cultivation.

9. Upon arriving at the residence, Tulare County Sheriff's Deputies noticed a Hispanic male behind the residence toss a shiny object near a tree and attempt to flee on foot and away from the

AFFIDAVIT IN SUPPORT OF COMPLAINT          2

residence. A deputy gave chase and detained the subject. Once the subject was detained, a search of the immediate area where the object was tossed led to the discovery of a loaded handgun.

10. The subject was identified as Jose TOSCANO-Ruelas. TOSCANO waived his *Miranda* rights and provided a statement. TOSCANO admitted to having been in possession of the discovered firearm before running away from the deputies. TOSCANO admitted to working on the property for approximately 20 days caring for the cannabis and marijuana. TOSCANO informed the deputies he had served time in prison for methamphetamine sales. A criminal history query on TOSCANO revealed the claim to be accurate. TOSCANO was previously convicted for possession of methamphetamine for sales and sentenced to four years' imprisonment on or about July 10, 2003. At the time of his change of plea, the minutes indicate that TOSCANO was advised of the maximum penalties for all the offense to which he was pleading guilty, which ranged from two to four years.

11. The located firearm was a silver Browning Hi-Point 9mm semi-automatic pistol that contained ten (10) live rounds of ammunition. The serial number of the 9mm pistol is 245PZ65249. A query of the firearm revealed it was reported stolen in Clovis, California.

12. Once Sheriff's Deputies entered the residence and conducted a security sweep to ensure no other individuals were hiding, they discovered marijuana throughout the residence and on the property.

13. On May 29, 2019, ATF Special Agent George Jusino, who has specialized training in the manufacture, origin and identification of firearms, stated that the Browning, model High Caliber, 9mm caliber, pistol, with serial number 245PZ65249 was not manufactured in the state of California, and therefore, traveled in and affected interstate commerce. SA Jusino made this determination by viewing Tulare County Sheriff's reports provided to him by Deportation Officer Danilo Tojino.

### III. CONCLUSION

14. The above facts set forth probable cause to believe that Jose TOSCANO-Ruelas is in violation of Title 18, United States Code, Section 922(g)(1), which prohibits a convicted felon from knowingly possessing any firearm that has traveled in or affected interstate or foreign commerce knowing that he has previously been convicted of a crime punishable by imprisonment for a term exceeding one year. I therefore request that the Court issue an arrest warrant for Jose TOSCANO-

Ruelas for this violation.

I swear under penalty of perjury, that the foregoing information is true and correct to the best of my knowledge, information, and belief.

Deportation Officer Omar R. Alonzo
Immigration and Customs Enforcement

Subscribed and sworn to before me on: 6/6/19

The Honorable Stanley A. Boone
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM BY:

/s/ Laura D. Withers
LAURA D. WITHERS
Assistant United States Attorney