McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE TOSCANO-RUELAS,<br><br>Defendant. | CASE NO. 1:19-CR-00135-NONE<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: February 28, 2020<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on February 28, 2020.

2. By this stipulation, defendant now moves to continue the sentencing until March 13, 2020 due to defense counsel's unavailability on February 28, 2020.

IT IS SO STIPULATED.

Dated: February 24, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ LAURA D. WITHERS
LAURA D. WITHERS
Assistant United States Attorney

Dated: February 24, 2020

/s/ MICHAEL MCKNEELY
MICHAEL MCKNEELY
Counsel for Defendant
JOSE TOSCANO-RUELAS

## ORDER

Pursuant to the parties' stipulation, the sentencing hearing in this case is continued to March 13, 2020, at 8:30 a.m. in Courtroom No. 4.

IT IS SO ORDERED.

Dated: **February 24, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE